UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

                                           :     ORDER

    VS.

KRYSTAL LOPEZ

                :

        Defendant

                               :     CR.3:13-720-1(FLW)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 29th day of January 2020,

ORDERED that <u>Brian Reilly, AFPD</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

                                                             s/Freda L. Wolfson
                                                               FREDA L. WOLFSON
                                                         UNITED STATES CHIEF JUDGE

cc: Federal Public Defender